# CARTER LEDYARD & MILBURN LLP

*Counselors at Law*

Judith A. Lockhart
Partner

Direct Dial: 212-238-8603
E-mail: lockhart@clm.com

2 Wall Street
New York, NY 10005-2072

Tel (212) 732-3200
Fax (212) 732-3232

701 8th Street, N.W., Suite 410
Washington, DC 20001-3893
(202) 898-1515

570 Lexington Avenue
New York, NY 10022-6856
(212) 371-2720

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 0 2 2007

October 31, 2007

**BY FACSIMILE (212) 805-0426**

The Hon. Laura Taylor Swain
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 755
New York, New York 10007-1312

**MEMO ENDORSED**

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do [not fax such] certification to Chambers.

Re: <u>Manchester Inc., et al. v. Ray Lyle, et. al.</u>
07 CIV 8659 (LTS)

Dear Judge Swain:

We represent the defendants in the above-captioned matter. On October 5, 2007 plaintiffs filed a complaint in this case which was subsequently amended and served upon the defendants on October 16, 2007. Defendants' response to the amended complaint is currently due on November 5, 2007. Approximately ten days ago I requested an extension of time to respond to the amended complaint and was informed by plaintiffs' counsel that although he did not object to granting me an extension, he intended to file a second amended complaint in the next week and that I should wait until I received it. Plaintiffs' counsel never served a second amended complaint. Although I have followed up with plaintiffs' counsel several times since then, I have been unable to get any commitment from him with respect to an extension to answer the amended complaint, other than he will "get me some time."

As time is running short, I am requesting a 45-day extension to respond to the amended complaint which would be up to and including December 20.

*[Handwritten: Defendants' time to respond to the amended complaint is extended to November 30, 2007.
SO ORDERED.]*

Respectfully submitted,

Judith A. Lockhart

*[Handwritten: 11/1/07]*
JAL:mat
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE
cc: Richard D. Gaines, Esq. (By Facsimile)

*[Handwritten: Faxed]*
Copies ~~mailed~~ to Pl's Counsel
Chambers of Judge Swain
*[Handwritten: 11-2-07]*

6243385.1

TOTAL P.02