Swain, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

MANCHESTER INC., NICE CARS FUNDING, LLC,
NICE CARS ACCEPTANCE ACQUISITIONCO, INC.,
and NICE CARS OPERATIONS ACQUISITIONCO,
INC.

                   Plaintiffs,

- against -

RAY LYLE, VICTORIA LYLE, GINGER BOND,
RAY LYLE, II, ROBERT LYLE, and UNITED
STATES INTERNAL REVENUE SERVICE

                   Defendants.

------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 1 4 2007

07 CV 8659 (LTS)

**STIPULATION AND ORDER**

WHEREAS, plaintiffs filed an initial complaint against defendants on October 5, 2007 and an amended complaint on October 12, 2007, and served the amended complaint on defendants on October 16, 2007;

WHEREAS, by letter to the Court dated October 31, 2007, defendants requested additional time to respond to the amended complaint, and by a memo endorsed order dated November 1, 2007, the Court extended defendants time to respond to the amended complaint to November 30, 2007;

WHEREAS, plaintiffs desire to file and serve a second amended complaint (the "Second Amended Complaint");

It is hereby stipulated and agreed by the undersigned counsel that:

1.     Plaintiffs shall have until November 30, 2007 to file and serve the Second Amended Complaint; and

6244765.1

2. Defendants shall have until January 18, 2008 to respond to the Second Amended Complaint.

Dated: New York, New York
November 2, 2007

CARTER, LEDYARD & MILBURN LLP

By: _____
Judith A. Lockhart, Esq.
2 Wall Street
New York, New York 10005
Attorneys for Defendants

BICKEL & BREWER

By: _____
Robert L. Garner, Esq.
767 Fifth Avenue, 50th Floor
New York, NY 10153
Attorneys for Plaintiffs

SO ORDERED

_____ 11/13/2007
USDJ

6244765.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x

MANCHESTER INC., NICE CARS FUNDING, LLC,
NICE CARS ACCEPTANCE ACQUISITIONCO, INC.,
and NICE CARS OPERATIONS ACQUISITIONCO,
INC.

                                Plaintiffs,

                        - against -
RAY LYLE, VICTORIA LYLE, GINGER BOND,
RAY LYLE, II, ROBERT LYLE, and UNITED
STATES INTERNAL REVENUE SERVICE
                              Defendants.

07 CV 8659 (LTS)

**AFFIDAVIT OF MAILING**

------------------------------------------------------- x

STATE OF NEW YORK )
                  : ss.:
COUNTY OF NEW YORK )

        EDURIN COLON, being duly sworn, deposes and says:
        1. I am over the age of eighteen years and am not a party to this action.
        2. On November 9, 2007, I mailed true and correct copies of the annexed
STIPULATION AND ORDER by placing the same in first class post-paid envelopes addressed:

                UNITED STATES INTERNAL REVENUE SERVICE
                500 N. Capitol Street, NW
                Washington, DC  20221

                RICHARD D. GAINES, ESQ.
                575 Madison Avenue-10th Floor
                New York, New York  10022

        On said day, I deposited said envelopes with a postal clerk at the United States Post Office located at One Hanover Street, New York, New York.

                                                        Edurin Colon

Sworn to before me this
8th day of November, 2007

Notary Public

ANTONIO MALASPINA
Notary Public, State of New York
No. 01MA4926741
Qualified in Kings County
Certificate filed in New York County
Commission Expires April 18, 2010

6247288.1