# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CIV 8659 (LTS)                                      Date Filed: _____

Plaintiff:
MANCHESTER INC., NICE CARS FUNDING, LLC, NICE CARS ACCEPTANCE ACQUISITIONCO, INC. AND NICE CARS OPERATIONS ACQUISITIONCO, INC.,

vs.

Defendant:
RAY LYLE, VICTORIA LYLE, GINGER BOND, RAY LYLE, II, ROBERT LYTLE, AND LEEDOM & ASSOCIATES, LLC

For:
William A. Brewer, III
Bickel & Brewer
767 Fifth Avenue - 50th Floor
New York, NY 10153

Received by Presidential Process Service Inc. on the 6th day of December, 2007 at 7:50 pm to be served on **Leedom & Associates, LLC, c/o Christopher M. Leedom, Registered Agent, 1819 Main Street, Suite 1002, Sarasota, FL 34277**.

I, Mary L. Sanger, being duly sworn, depose and say that on the **7th day of December, 2007** at **10:57 am**, I:

served a **CORPORATION** by delivering a true copy of the **Summons; Second Amended Complaint and Demand for Jury Trial; Initial Conference Order; Notice of Correct Address** with the date and hour of service endorsed thereon by me, to: **Christopher M. Leedom** as **Registered Agent** for **Leedom & Associates, LLC,,** and informed said person of the contents therein, in compliance with state statutes.

I ACKNOWLEDGE that I have no interest in the above action, am of legal age, and have proper authority in the jurisdiction in which this service was made. "Under penalty of perjury, I declare that I have read the foregoing and that the facts stated therein are true."

Signed On _12/7/07_

Subscribed and Sworn to before me on the 7th day of December, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC

Mary L. Sanger
Certified Process Server #301

Presidential Process Service Inc.
419 Park Avenue South
Suite 700
New York, NY 10016
(212) 889-3200
Our Job Serial Number: 2007001792

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2b