AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern                     District of                     New York

Manchester Inc., Nice Cars Funding, LLC, Nice
Cars Acceptance AcquisitionCo, Inc., et al

**SUMMONS IN A CIVIL ACTION**

V.

Ray Lyle, Victoria Lyle, Ginger Bond, Ray Lyle, II,
Robert Lyle and U.S. Internal Revenue Service

CASE NUMBER:   07 civ 8659 (LTS)

TO: (Name and address of Defendant)

Victoria Lyle
990 Battlefield Parkway
Fort Oglethorpe, Ga 30742

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard D. Gaines
575 Madison Avenue, 10th Fl.
New York, NY 10022-2588

an answer to the complaint which is served on you with this summons, within _____twenty_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                                    OCT 1 2 2007

CLERK                                                      DATE

(By) DEPUTY CLERK

&AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 10/16/07 |
| NAME OF SERVER *(PRINT)* Christopher Wilson | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
  950 Battlefield Pkwy.
  Fort Oglethorpe, TN 30742

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/16/07        *Christopher Wilson*
             Date             Signature of Server

             P.O. Box 17446 Chattanooga, TN 37415
             Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.