AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Manchester Inc., Nice Cars Funding, LLC, Nice Cars Acceptance AcquisitionCo, Inc., et al

V.

Ray Lyle, Victoria Lyle, Ginger Bond, Ray Lyle, II, Robert Lyle and U.S. Internal Revenue Service

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   07 civ 8659 (LTS)

TO: (Name and address of Defendant)

United States Internal Revenue Service
500 N. Capitol St., NW
Washington, DC 20221

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard D. Gaines
575 Madison Avenue, 10th Fl.
New York, NY 10022-2588

an answer to the complaint which is served on you with this summons, within _____sixty_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                          OCT 1 2 2007

CLERK                                                                        DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 10/29/07 |
| NAME OF SERVER (PRINT) RO Carter Jr | TITLE Private Process |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 1111 Constitution Ave NW
with Donald Squires Senior Tech Reviewer, Office of Chief Counsel

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served Internal Revenue Service Summons/
Complaint and/N·t·n/ Conference Order.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/29/07
              Date

Signature of Server    RO Carter Jr

THE CARTER CORPORATION, INC
601 Pennsylvania Ave NW
Suite 900 South
Washington DC  20004

601 Penn Ave NW 900 S
Address of Server
Washington DC

Manchester Inc, Nice Cars Funding LLC
Nice Cars Acceptance Acquisition Co, Inc et/
V
Ray Lyle, Victoria Lyle, Ginger Bend,
Ray Lyle II, Robert Lyle and U.S. Internal Revenue
Service
(CASE # 07-CIV 8659 CLTS)

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.