# CARTER LEDYARD & MILBURN LLP

*Counselors at Law*

**Judith A. Lockhart**
*Partner*

Direct Dial: 212-238-8603
E-mail: lockhart@clm.com

2 Wall Street
New York, NY 10005-2072

Tel (212) 732-3200
Fax (212) 732-3232

701 8th Street, N.W., Suite 410
Washington, DC 20001-3893
(202) 898-1515



USDC SDNY
570 Lexington Avenue
New York, NY 10022-6856
(212) 371-2720

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 1 4 2008

January 11, 2008

**BY FACSIMILE**

The Honorable Laura Taylor Swain
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

Re: Manchester, Inc. et al. v. Ray Lyle et al.,
No. 07CV8659 (LTS)

Dear Judge Swain:

We represent defendants Ray Lyle, Victoria Lyle, Ginger Bond, Ray Lyle, II, and Robert Lyle in this matter. We write to request permission to file a brief in support of defendants' motion to dismiss the Second Amended Complaint that will exceed the 25 page limitation of the Court. Pursuant to stipulation and order, defendants will file their motion to dismiss the Complaint on January 18. The Complaint is 37 pages long and asserts 12 causes of action against the defendants, including a complicated fraud claim under the PSLRA. Because of the breadth and complexity of the Second Amended Complaint, we respectfully seek the Court's permission for a 15-page extension.

Respectfully,

Judith A. Lockhart

JAL:gwg
cc: Robert L. Garner, Esq.
    Richard T. Marooney, Esq.

The request is granted.

SO ORDERED.

Laura Taylor Swain   1/14/2008
UNITED STATES DISTRICT JUDGE

Copies mailed/faxed to Def't's Counsel
Chambers of Judge Swain   1-14-08