# CARTER LEDYARD & MILBURN LLP
*Counselors at Law*

Judith A. Lockhart
*Partner*

Direct Dial: 212-238-8603
E-mail: lockhart@clm.com

2 Wall Street
New York, NY 10005-2072

Tel (212) 732-3200
Fax (212) 732-3232

701 8th Street, N.W., Suite 410
Washington, DC 20001-3893
(202) 898-1515

570 Lexington Avenue
New York, NY 10022-6856
(212) 371-2720

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 14 2008

January 9, 2008

**BY FACSIMILE**

The Honorable Laura Taylor Swain
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

Re: *Manchester, Inc. et al. v. Ray Lyle et al.*,
No. 07CV8659 (LTS)

Dear Judge Swain:

We represent defendants Ray Lyle, Victoria Lyle, Ginger Bond, Ray Lyle, II, and Robert Lyle in this matter. We write to request that the Court adjourn the pre-trial conference currently scheduled for January 18, 2008 and the parties joint preliminary pre-trial statement due on January 11 until after the court decides the defendants' motions to dismiss the Second Amended Complaint. Pursuant to stipulation and order dated November 13, 2007, the defendants will file their motions on January 18. These motions are based in large part on plaintiffs' fraud claims under the PSLRA, which stays discovery pending a decision of the motions. All parties agree to the adjournment and none of the parties has previously requested an adjournment.

Respectfully,

Judith A. Lockhart

The request is granted.

JAL:gwg
cc: Robert L. Garner, Esq.
    Richard T. Marooney, Esq.

SO ORDERED.

LAURA TAYLOR SWAIN
DISTRICT JUDGE
1/14/08

Copies mailed/faxed to Def'ts Counsel
Chambers of Judge Swain
1-14-08

6266582.1