Judith A. Lockhart
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, New York 10005
(212) 238 8603
*Attorneys for Ray Lyle, Victoria Lyle,*
  *Ray Lyle II and Robert Lyle*


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MANCHESTER INC., NICE CARS FUNDING,      :
LLC, NICE CARS ACCEPTANCE                :
ACQUISITIONCO, INC. AND NICE CARS        :    07 CV 8659 (LTS)
OPERATIONS ACQUISITIONCO, INC.,          :
                                         :
                    Plaintiffs,          :
                                         :
        - against -                      :
                                         :    CERTIFICATE OF SERVICE
                                         :
RAY LYLE, VICTORIA LYLE, GINGER          :
BOND, RAY LYLE II, ROBERT LYLE, AND      :
LEEDOM & ASSOCIATES                      :
                    Defendants.          :
-----------------------------------------------------------------x

    Gerald W. Griffin, an attorney duly admitted to practice before this Court, hereby certifies that on the 14th day of January, 2008, I did serve copies of the:

    (1) Memo Endorsed issued by Judge Laura Taylor Swain on January 14, 2008 adjourning the pre-trial conference scheduled for January 18, 2008; and

    (2) Memo Endorsed issued by Judge Laura Taylor Swain on January 14, 2008 granting defendants application to file an oversized brief;

by causing true and correct copies to be dispatched by facsimile transmittal to:

        Robert L. Garner, Esq.
        Bickel & Brewer
        Fax No. 212 489 2384

6269214.1

Richard T. Marooney, Esq.
King & Spalding LLP
Fax No. 212 556 2222

_____
Gerald W. Griffin

6269214.1