KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036-4003
Telephone: (212) 556-2100
Fax:           (212) 556-2222
*Counsel for Defendant Leedom & Associates, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

MANCHESTER INC., NICE CARS FUNDING, LLC,
NICE CARS ACCEPTANCE ACQUISITIONCO, INC.
AND NICE CARS OPERATIONS
ACQUISITIONCO, INC.,

      Plaintiffs,

   v.

RAY LYLE, VICTORIA LYLE, GINGER BOND,
RAY LYLE II, ROBERT LYLE, AND
LEEDOM & ASSOCIATES, LLC,

      Defendants.

-----------------------------------------------------------------x

**ECF CASE**

07 Civ. 8659 (LTS)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant Leedom and Associates, LLC certifies that it has no parent corporation and that no publicly held corporation beneficially owns ten percent or more of its stock.

-2-

Dated:   New York, New York
              January 18, 2008

                                    Respectfully submitted,

                                      KING & SPALDING LLP

                                    By:

                                              /s/ Richard T. Marooney
                                            Richard T. Marooney (RM-0276)
                                            Mordecai Geisler (MG-9203)
                                            KING & SPALDING LLP
                                            1185 Avenue of the Americas
                                            New York, New York 10036-4003
                                            Telephone: (212) 556-2100
                                            Fax:       (212) 556-2222

OF COUNSEL:
Junius F. Guin
Justin G. Williams
Thomas W. Scroggins
TANNER & GUIN, LLC
Capitol Park Center
2711 University Boulevard
Tuscaloosa, Alabama 35401
Telephone: (205) 633-0200
Fax:    (205) 633-0290

                                            *Counsel for Leedom & Associates, LLC*