## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the foregoing CORPORATE DISCLOSURE STATEMENT was served by filing in the Court's CM/ECF system, as well as by overnight delivery on January 18, 2008 on plaintiff:

Robert L. Garner
Bickel & Brewer (NYC)
767 Fifth Avenue, 50th Flr.
New York, NY 10153
Telephone: (212)-489-1400
Fax: (212)-489-2384
Email: rxg@bickelbrewer.com

Richard Denis Gaines
575 Madison Avenue
New York, NY 10022
Telephone: (212) 490-3449
Fax: (570)-857-1927
Email: rdenisgaines@earthlink.net

*Attorneys for Plaintiffs*

                                                             */s/ Mordecai Geisler*
                                                               Mordecai Geisler