KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York  10036-4003
Telephone: (212) 556-2100
Fax:         (212) 556-2222
*Counsel for Defendant Leedom & Associates, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| MANCHESTER INC., NICE CARS FUNDING, LLC, NICE CARS ACCEPTANCE ACQUISITIONCO, INC. AND NICE CARS OPERATIONS ACQUISITIONCO, INC., | **ECF CASE** |
| Plaintiffs, | 07 Civ. 8659 (LTS) |
| v. | **NOTICE OF MOTION** |
| RAY LYLE, VICTORIA LYLE, GINGER BOND, RAY LYLE II, ROBERT LYLE, AND LEEDOM & ASSOCIATES, LLC, | **Oral Argument Requested** |
| Defendants. | |

-----------------------------------------------------------------x

PLEASE TAKE NOTICE that upon the Declaration of Richard T. Marooney, dated January 18, 2008, and the Second Amended Complaint annexed thereto, and the accompanying Memorandum of Law, the undersigned hereby moves this Court before the Honorable Laura Taylor Swain, United States District Judge, in Room 17C of the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, for an order dismissing the Second Amended Complaint against defendant Leedom & Associates, LLC with prejudice pursuant to Rules 8, 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities

Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(b)(1) and (2), and for such other and further relief as the Court may deem just and proper.

Pursuant to Rule 2(B) of the Individual Practices of Judge Laura Taylor Swain ("Individual Practices"), counsel for defendant Leedom & Associates, LLC hereby confirms that it has used its best efforts to resolve the above captioned matter by contacting plaintiffs' counsel by letter and telephone. This motion remains necessary given plaintiffs' intent to press these claims.

PLEASE TAKE FURTHER NOTICE that pursuant to Rule 2(J) of the Individual Practices, defendant respectfully requests oral argument on this motion at an appropriate date and time to be determined by the Court.

Dated:    New York, New York
         January 18, 2008

                                    By:
                                        /s/ Richard T. Marooney
                                        Richard T. Marooney (RM-0276)
                                        Mordecai Geisler (MG-9203)
                                        1185 Avenue of the Americas
                                        New York, New York 10036-4003
                                        Telephone: (212) 556-2100
                                        Fax:       (212) 556-2222

OF COUNSEL:
Junius F. Guin
Justin G. Williams
Thomas W. Scroggins
TANNER & GUIN, LLC
Capitol Park Center
2711 University Boulevard
Tuscaloosa, Alabama 35401
Telephone: (205) 633-0200
Fax:     (205) 633-0290

                                    *Counsel for Leedom & Associates, LLC*

To:    Attached