## **CERTIFICATE OF SERVICE**

I, Mordecai Geisler, hereby certify that on this 18th day of January, 2008, I caused true copies of the foregoing Notice of Motion to Dismiss the Second Amended Complaint of Defendant Leedom & Associates, LLC, the Declaration of Richard T. Marooney and the accompanying Memorandum of Law in Support to be served upon the following counsel of record by overnight mail:

Robert L. Garner
Bickel & Brewer (NYC)
767 Fifth Avenue, 50th Fl.
New York, NY 10153
Telephone: (212)-489-1400
Fax: (212)-489-2384
Email: rxg@bickelbrewer.com

Judith A. Lockhart
Carter Ledyard and Milburn LLP
2 Wall Street
New York, New York 10005
Telephone: (212)-732-3200
Fax: (212)-732-3232
Email: lockhart@clm.com

Richard Denis Gaines
575 Madison Avenue
New York, NY 10022
Telephone: (212) 490-3449
Fax: (570)-857-1927
Email: rdenisgaines@earthlink.net

*Attorneys for Plaintiffs*

*Attorneys for Defendants Ray Lyle, Victoria Lyle, Ray Lyle II, Robert Lyle, and Ginger Bond*

_____
Mordecai Geisler