Judith A. Lockhart
Gerald W. Griffin
Emily Milligan
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, New York 10001
(212) 732-3200

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
MANCHESTER INC., NICE CARS FUNDING, : 
LLC, NICE CARS ACCEPTANCE :
ACQUISITIONCO, INC. AND NICE CARS : 07 CIV 8659 (LTS)
OPERATIONS ACQUISITIONCO, INC., : ECF Case
  :
            Plaintiff, : **NOTICE OF**
  : **MOTION TO DISMISS THE**
     - against - : **SECOND AMENDED COMPLAINT**
  :
RAY LYLE, VICTORIA LYLE, GINGER : **ORAL ARGUMENT REQUESTED**
BOND, RAY LYLE II, ROBERT LYLE, AND :
LEEDOM & ASSOCIATES :
            Defendants. :
-------------------------------------------------------------x

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, affidavits of Ginger Bond, sworn to on January 15, 2008, Raymond Lyle II, sworn to on January 15, 2008, and Robert Lyle, sworn to on January 15, 2008, the declaration of Jusith A. Lockhart dated January 18, 2008, and upon all prior proceedings and pleadings herein, Defendants Raymond Lyle, Victoria Lyle, Ginger Bond, Raymond Lyle II, and Robert Lyle ("Defendants"), by and through their attorneys Carter Ledyard & Milburn LLP, will move this Court, before the Honorable Laura T. Swain, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, on a date to be determined by the Court, for an order pursuant to Rule 9(b) and Rules 12(b)(2) and (6) of the Federal Rules of Civil Procedure,

6270335.1

dismissing the Second Amended Complaint and granting such other and further relief as this Court may deem just and proper.

Defendants respectfully request that the Court hear oral argument with respect to this Motion.

Dated:    New York, New York
          January 18, 2008

                                            CARTER LEDYARD & MILBURN LLP

                                            By _____
                                               Judith A. Lockhart
                                               Gerald W. Griffin
                                               Emily Milligan
                                               2 Wall Street
                                               New York, New York 10005
                                               Tel: (212) 732-3200
                                               Fax: (212) 732-3232

To:   Robert L. Garner, Esq.
      Bickel & Brewer
      767 Fifth Avenue - 50th Floor
      New York, NY 10153
      Attorneys for Plaintiffs

      Richard T. Marooney, Esq.
      King & Spalding LLP
      1185 Avenue of the Americas
      New York, NY 10036-4003
      Attorneys for Defendant Leedom & Associates

6270335.1