Judith A. Lockhart
Gerald W. Griffin
Emily Milligan
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, New York 10005
(212) 238 8603
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MANCHESTER INC., NICE CARS FUNDING, :
LLC, NICE CARS ACCEPTANCE :
ACQUISITIONCO, INC. AND NICE CARS : 07 CV 8659 (LTS)
OPERATIONS ACQUISITIONCO, INC., :
 :
                Plaintiffs, :
 :
        - against - :
 : CERTIFICATE OF SERVICE
RAY LYLE, VICTORIA LYLE, GINGER :
BOND, RAY LYLE II, ROBERT LYLE, AND :
LEEDOM & ASSOCIATES :
               Defendants. :
-----------------------------------------------------------------x

       Gerald W. Griffin, an attorney duly admitted to practice before this Court, hereby certifies that on the 18th day of January, 2008, I did serve copies of the:

       (1) Notice of Motion to Dismiss the Second Amended Complaint;

       (2) Declaration of Judith A. Lockhart, dated January 18, 2008, with Exhibits thereto;

       (3) Affidavits of Robert Lyle, Raymond A. Lyle, II and Ginger Bond, all being sworn to on January 15, 2008;

       (4) Defendants' Memorandum of Law in Support of Their Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 9(b) and 12(b) and (6);

6270946.1

by causing true and correct copies to be dispatched by first class mail to:

>Robert L. Garner, Esq.
>Bickel & Brewer
>767 Fifth Avenue
>New York, New York 10153
>
>Richard T. Marooney, Esq.
>King & Spalding LLP
>1185 Avenue of the Americas
>New York, New York 10036-4003

Dated: New York, new York
     January 18, 2008

                                     Gerald W. Griffin

6270946.1