UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MANCHESTER INC., NICE CARS
FUNDING, LLC, NICE CARS
ACCEPTANCE ACQUISITIONCO, INC.
AND NICE CARS OPERATIONS
ACQUISITIONCO, INC.

      Plaintiffs,

v.

RAY LYLE, VICTORIA LYLE, GINGER
BOND, RAY LYLE, II, ROBERT LYLE
AND LEEDOM & ASSOCIATES, LLC,

      Defendants.

CIVIL ACTION NO. 07 CIV 8659 (LTS)

STIPULATION
AND ORDER

---

**IT IS HEREBY STIPULATED AND AGREED** by and among the undersigned as follows

1. Plaintiffs shall have until and including March 4, 2008, to respond to defendants' motions to dismiss.

2. Defendants shall have until and including April 3, 2008, to reply.

Dated: New York, New York
   January 29, 2004

BICKEL & BREWER

By: _____
Robert L. Garner, Esq.
767 Fifth Avenue – 50th Floor
New York, New York 10153

Attorneys for Plaintiffs

CARTER LEDYARD & MILLBURN LLP

By: _____
Judith A. Lockhart, Esq.
2 Wall Street
New York, NY 10005

Attorneys for Defendants Ray Lyle, Victoria
Lyle, Ginger Bond, Ray Lyle, II and Robert
Lyle

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 0 4 2008

2

KING & SPALDING LLP

By: _____

Richard T. Marooney, Esq.
1185 Avenue of the Americas
New York, NY 10036

Attorneys for Defendant Leedom &
Associates, LLC

SO ORDERED

_____ 1 Feb 2008
USDJ

5151421.1
2050-02