BICKEL & BREWER

ATTORNEYS AND COUNSELORS
4800 BANK ONE CENTER
1717 MAIN STREET
DALLAS TEXAS 75201
PHONE (214) 653-4000
FAX (214) 653-1015

www.bickelbrewer.com

787 FIFTH AVENUE
50TH FLOOR
NEW YORK, NEW YORK 10153
(212) 489-1400

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 2 9 2008

February 28, 2008

**VIA FACSIMILE**

The Honorable Laura Taylor Swain
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 755
New York, New York 10007-1312

**MEMO ENDORSED**

Re: *Manchester Inc., et al. v. Ray Lyle, et al.*
Docket No. 07 CV 8659 (LTS)

Dear Judge Swain:

We represent plaintiffs in the above captioned action. Plaintiffs' responses to defendants' motions to dismiss are due on March 4, 2008. Earlier this month, however, plaintiffs filed a petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Texas. As of this date, our firm has not received an employment order from the Bankruptcy Court which would permit us to go forward with preparation of plaintiffs' responses to defendants' motions to dismiss in this action.

As such, we respectfully request a 45-day extension of plaintiffs' time to respond to the motions to dismiss to and including April 18, 2008. This extension will allow time to obtain the necessary approvals from the Bankruptcy Court. We have conferred with counsel for all defendants in this action, and they have agreed to the requested extension.

Thank you for your consideration of this matter.

The request is granted.
SO ORDERED.
2/28/2008

Respectfully submitted,

Robert L. Garner