

**BICKEL & BREWER**

ATTORNEYS AND COUNSELORS
4800 BANK ONE CENTER
1717 MAIN STREET
DALLAS, TEXAS 75201
PHONE: (214) 653-4000
FAX: (214) 653-1015

www.bickelbrewer.com

767 FIFTH AVENUE
50TH FLOOR
NEW YORK, NEW YORK 10153
(212) 489-1400

April 16, 2008

**VIA FACSIMILE**

The Honorable Laura Taylor Swain
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 755
New York, New York 10007-1312

**MEMO ENDORSED**

Re: *Manchester Inc., et al. v. Ray Lyle, et al.*
Docket No. 07 CV 8659 (LTS)

Dear Judge Swain:

We represent plaintiffs in the above captioned action. Plaintiffs (who have filed a Chapter 11 bankruptcy petition in the Northern District of Texas) are due to respond to defendants' motions to dismiss on April 18, 2008. Presently, however, all parties to the instant action are actively engaged in negotiations to resolve the litigation through settlement. As such, we respectfully request a 60-day extension of plaintiffs' time to respond to the motions to dismiss, to and including June 17, 2008. We have conferred with counsel for all defendants in this action, and they have agreed to the requested extension.

Thank you for your consideration of this matter.

*The request is granted.*

SO ORDERED.

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE
4/17/08

Respectfully submitted,

Robert L. Garner