BICKEL & BREWER
William A. Brewer III
Robert L. Garner
767 Fifth Avenue – 50th Floor
New York, NY 10153
212-489-1400

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MANCHESTER INC., NICE CARS FUNDING, LLC, NICE CARS ACCEPTANCE ACQUISITIONCO, INC. AND NICE CARS OPERATIONS ACQUISITIONCO, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RAY LYLE, VICTORIA LYLE, GINGER BOND, RAY LYLE, II, ROBERT LYLE AND LEEDOM & ASSOCIATES, LLC, <br><br> Defendants. | 07 CIV 8659 (LTS) <br><br> ECF Case <br><br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs Manchester Inc., Nice Cars Funding, LLC, Nice Cars Acceptance AcquisitionCo, Inc. and Nice Cars Operations AcquisitionCo, Inc., by their attorneys, hereby dismiss the above captioned action without prejudice.

Dated: New York, New York
June 17, 2008

*The Clerk of Court is requested to terminate all pending motions and close this case.*

**SO ORDERED:**
*[signature]* 6/18/08
U.S.D.J.

BICKEL & BREWER

By: *[signature]*
William A. Brewer III (WB 4805)
Robert L. Garner, Esq. (RG 6652)
767 Fifth Avenue – 50th Floor
New York, New York 10153

*Attorneys for Plaintiffs*